UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAR 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LAZARO MALDONADO BAUTISTA; et al., <br><br> Petitioners - Appellees, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY; et al., <br><br> Respondents - Appellants. | Nos. 25-7958, 26-1044 <br><br> D.C. No. 5:25-cv-01873-SSS-BFM <br> Central District of California, Riverside <br><br> ORDER |

Before: McKEOWN, BEA, and BRESS, Circuit Judges.

Appellants' unopposed motion to consolidate the appeal in No. 26-1044 with No. 25-7958, *see* Dkt. 8, is granted. The briefing schedule for the consolidated appeals is set as follows. The opening brief is due April 13, 2026. The answering brief is due May 13, 2026. The optional reply brief is due June 3, 2026.